Pearson, J.
 

 A copy of the bill of sale is not sent. The
 
 *139
 
 statement of the case sets out that it contained
 
 “full
 
 covenants of warranty of soundness.” "We are at a loss as to the meaning of the word
 
 full
 
 as here used. Possibly it means that there Avas a Avammty of soundness in all respects. But, however that may be, the defendant certainly has no right to complain of the charge. It would seem tlyit a “ temporary sickness on the day of sale,” for example, bilious fever, measles, Aidiooping cough, would amount to a breach of a full coAenant of soundness. Certainly, if a slave has a “ diseased liver,” and “ his abdomen is much enlarged,” whether the disease is chronic or not, and “ these affections impair his value,” he is unsound in the ordinary acceptation of the word ;
 
 Bell
 
 v. Jeffreys, 13 Ire. Rep. 356.
 

 Peií CubiaM, Judgment affirmed.